## LIMITED CONTRACT OF EMPLOYMENT

COMMONWEALTH OF KENTUCKY - COUNTY OF BOONE

Pursuant to KRS 161.730, this contract is made and entered into this the 1st day of July 2020, by and between the Boone County School District, Florence, Kentucky, hereinafter called the District, and

MARIO KIRKENDALL

a teacher holding a Regular teacher's certificate issued in accordance with section 161.020 of the Kentucky Revised Statutes, and now in force, hereinafter called the Teacher.

WITNESSETH: THAT SAID TEACHER HAS BEEN DULY APPOINTED BY THE SUPERINTENDENT OF THE DISTRICT IN THE PUBLIC SCHOOLS OF BOONE COUNTY FOR ONE YEAR. THE PARTIES TO THIS CONTRACT HEREBY AGREE TO THE FOLLOWING CONDITIONS:

1. The services to be performed by said teacher shall be such as are required by the Kentucky Revised Statutes, by the lawful rules and regulations of the State Board for Elementary and Secondary Education, and the lawful rules and regulations of the District.

2. The duties to be performed are to commence on the first day required by the school calendar adopted or amended by the District and approved by the State Department of Education for the school year 2020-2021, for the number of days required by such calendar, to end no later than June 30 of the school year in such school or schools.

3. For and in consideration of the services provided for by this contract teacher shall be paid a salary in accordance with his or her qualifications and the salary schedule adopted by the District and approved by the State Board for Elementary and Secondary Education for the year coming within the limits of this contract except salaries capped for special reasons (i.e. out of state experience capped at 15 years and salaries paid by grants).

4. Said salary shall be payable not later than the end of each month during the period of employment and/or in accordance with a plan adopted by the District in compliance with state law and the lawful rules and regulations of the State Board for Elementary and Secondary Education.

5. The teacher shall be entitled to sick leave, other leave and fringe benefits in accordance with state law, the lawful rules and regulations of the State Board for Elementary and Secondary Education, and the lawful rules and regulations of the District.

6. The teacher shall keep such records and reports and furnish same to the District Superintendent at regular periods designated by him, state law, the lawful rules and regulations of the State Board for Elementary and Secondary Education, and the lawful rules and regulations of the District.

7. The power of the District to transfer, suspend or dismiss the teacher, as provided for in KRS 160.380, 161.170 and 161.790, or other applicable statutes, is in no manner impaired or affected by this contract.

8. This contract shall remain in full force subject to all provisions herein set forth, unless and until terminated in compliance with KRS 161.170, 161.750, 161.780 and 161.790, or other applicable statutes.

WITNESS the following signatures as of the day, month, and year first above.

BOONE COUNTY BOARD OF EDUCATION
School District

By *Randy Poe*

Randy J. Poe, Ed.D.
Superintendent of Schools

*[signature]*
Teacher 107466

Exhibit A

# LIMITED CONTRACT OF EMPLOYMENT

COMMONWEALTH OF KENTUCKY - COUNTY OF BOONE

Pursuant to KRS 161.730, this contract is made and entered into this the 24th day of July 2019, by and between the Boone County School District, Florence, Kentucky, hereinafter called the District, and

Mario Kirkendall


a teacher holding a regular teacher's certificate issued in accordance with section 161.020 of the Kentucky Revised Statutes, and now in force, hereinafter called the Teacher.

WITNESSETH: THAT SAID TEACHER HAS BEEN DULY APPOINTED BY THE SUPERINTENDENT OF THE DISTRICT IN THE PUBLIC SCHOOLS OF BOONE COUNTY FOR ONE YEAR. THE PARTIES TO THIS CONTRACT HEREBY AGREE TO THE FOLLOWING CONDITIONS:

1. The services to be performed by said teacher shall be such as are required by the Kentucky Revised Statutes, by the lawful rules and regulations of the State Board for Elementary and Secondary Education, and the lawful rules and regulations of the District.

2. The duties to be performed are to commence on the first day required by the school calendar adopted or amended by the District and approved by the State Department of Education for the 2019-2020 school year, for the number of days required by such calendar, to end no later than June 30 of the school year in such school or schools.

3. For and in consideration of the services provided for by this contract teacher shall be paid a salary in accordance with his or her qualifications and the salary schedule adopted by the District and approved by the State Board for Elementary and Secondary Education for the year coming within the limits of this contract except salaries capped for special reasons (i.e. out of state experience capped at 15 years and salaries paid by grants).

4. Said salary shall be payable not later than the end of each month during the period of employment and/or in accordance with a plan adopted by the District in compliance with state law and the lawful rules and regulations of the State Board for Elementary and Secondary Education.

5. The teacher shall be entitled to sick leave, other leave and fringe benefits in accordance with state law, the lawful rules and regulations of the State Board for Elementary and Secondary Education, and the lawful rules and regulations of the District.

6. The teacher shall keep such records and reports and furnish same to the District Superintendent at regular periods designated by him, state law, the lawful rules and regulations of the State Board for Elementary and Secondary Education, and the lawful rules and regulations of the District.

7. The power of the District to transfer, suspend or dismiss the teacher, as provided for in KRS 160.380, 161.170 and 161.790, or other applicable statutes, is in no manner impaired or affected by this contract.

8. This contract shall remain in full force subject to all provisions herein set forth, unless and until terminated in compliance with KRS 161.170, 161.750, 161.780 and 161.790, or other applicable statutes.

WITNESS the following signatures as of the day, month, and year first above.

BOONE COUNTY BOARD OF EDUCATION
School District

By: *Randy Poe*
Superintendent

*Mario C. Kirkendall*
Teacher – 107466