**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

**In re: Civil Actions**

**STANDING REFERRAL ORDER**

\* \* \* \* \* \* \* \* \* \* \* \* \*

Having reviewed the record herein and reached the conclusion that judicial economy and efficiency would be best served by referring this action to the assigned United States Magistrate Judge at Covington, to supervise discovery and other pretrial proceedings, unless altered by subsequent Order,

**IT IS ORDERED as follows:**

1.   That this case be, and it is, hereby referred to the assigned United States Magistrate Judge at Covington to supervise discovery and pretrial proceedings. Unless otherwise ordered by the Court, the case will revert back to the undersigned to hold the final pretrial conference and trial.

2.   That, in connection with such reference, the said Magistrate Judge is authorized to conduct all pretrial and status conferences, to hold such hearings as may be required, and to rule on nondispositive motions, pursuant to 28 U.S.C. § 636(b)(1), except motions *in limine*. *See Brown v. Wesley's Quaker Maid, Inc.,* 771 F.2d 952 (6th Cir. 1985). Dispositive motions and motions *in limine* will be referred by the Clerk of this Court to the undersigned. Subject to other provisions of law, the final pretrial conference and trial will also be before the undersigned, unless the parties agree to a trial by a Magistrate Judge, pursuant to 28 U.S.C. § 636(c).

3. Discovery disputes shall be resolved in the following manner: (1) Parties shall meet/or confer in an attempt to resolve disputes between themselves, without judicial intervention; (2) if the parties are unable to resolve such disputes informally, they shall attempt to resolve their disagreement by telephone conference with the Magistrate Judge; (3) if, and only if, the parties are unable to resolve their disputes after conference with the Magistrate Judge, they may file appropriate written motions with the Court. Written motions regarding discovery shall include the certification required by Local Rule 37.1.

This 13th day of January, 2011.



Signed By:
*David L. Bunning* DB
United States District Judge

G:\DATA\ORDERS\General Orders\Standard Revised Referral Order in Civil Cases.wpd