UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

| | | |
|---|---|---|
| MARIO KIRKENDALL | : | Case No. 2:22-cv-00026-DLB-CJS |
| | : | |
| Plaintiff, | : | Judge David L. Bunning |
| | : | Magistrate Candace J. Smith |
| v. | : | |
| | : | |
| BOONE COUNTY BOARD OF EDUCATION | : | |
| | : | |
| Defendant. | : | |

### MOTION FOR ADMISSION *PRO HAC VICE* OF JON B. ALLISON

Now comes Jon B. Allison, undersigned counsel for Plaintiff, and hereby moves this Court for an Order admitting him to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* pursuant to Local Civil Rule 83.2.

In support of this Motion, undersigned counsel for Plaintiff, Jon B. Allison, submits his Affidavit in Support of Motion for Admission *Pro Hac Vice* and Certificate of Good Standing from the Supreme Court of Ohio.

Respectfully Submitted,

*/s/ Jon B. Allison*
Kelly Mulloy Myers (KY Bar #83452)
Jon B. Allison Seeking *Pro Hac Vice*
Admission (OH Bar No. 0073955)
Trial Attorneys for Plaintiff
Freking Myers & Reul LLC
600 Vine Street, Ninth Floor
Cincinnati, Ohio 45202
Phone: (513) 721-1975/Fax: (513) 651-2570
kmyers@fmr.law
jallison@fmr.law

## CERTIFICATE OF SERVICE

    I hereby certify that on March 16, 2022, a copy of the foregoing was filed electronically using the Court's CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. mail, e-mail and/or facsimile to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's System.

                                                                */s/ Jon B. Allison*