# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# AT COVINGTON

| | |
|---|---|
| MARIO KIRKENDALL | Case No. 2:22-cv-00026-DLB-CJS |
| Plaintiff, | Judge David L. Bunning |
| | Magistrate Candace J. Smith |
| v. | |
| BOONE COUNTY BOARD OF EDUCATION | |
| Defendant. | |

### AFFIDAVIT OF JON B. ALLISON IN SUPPORT OF HIS MOTION FOR ADMISSION *PRO HAC VICE*

I Jon B. Allison, having been duly cautioned and sworn, state as follows:

1. I am a partner at Freking Myers & Reul LLC and represent Plaintiff in this matter.

2. I was admitted to practice in the State of Ohio on November 13, 2001, and am a member in good standing of the Bar of Ohio.

3. My Ohio Supreme Court registration number is 0073955.

4. I was also admitted to practice and am a member in good standing in the United States District Court for the Southern District of Ohio, United States District Court for the Northern District of Ohio, and the United States Court of Appeals for the Sixth Circuit.

5. I am not currently or have ever been disbarred, suspended from practice or subject to other disciplinary action by any court, state, or territory.

6. I am familiar with, and consent to be subject to, the jurisdiction and riles of the Kentucky Supreme Court governing professional conduct.

7. I have reviewed this Court's rules of ECF filing procedures and guidelines within this Court's ECF User Manual and have taken training in the U.S. District Court for the Southern District of Ohio.

8. Based on the foregoing, I respectfully request that I be granted *pro hac vice* admission in the within matter.

Further affiant sayeth naught.

_____
Jon B. Allison

Sworn to and subscribed before me this 16th day of March, 2022.

_____
Samantha O. Carnevale
Notary Public

SAMANTHA O. CARNEVALE
Notary Public, State of Ohio
My Commission Expires 03-13-2024