# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

## CERTIFICATE OF
## GOOD STANDING

I, Richard W. Nagel, Clerk of this Court, certify that

**Jonathan Britton Allison, 0073955**

was duly admitted to practice in this Court on

January 14, 2002

and is in good standing as a member of the Bar of this Court.

Dated at  Cincinnati , Ohio on    March 2, 2022    .

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk