**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**AT COVINGTON**

| | | |
|---|---|---|
| MARIO KIRKENDALL | : | Case No. 2:22-cv-00026-DLB-CJS |
| | : | |
| Plaintiff, | : | Judge David L. Bunning |
| | : | Magistrate Candace J. Smith |
| v. | : | |
| | : | |
| BOONE COUNTY BOARD OF EDUCATION | : | |
| | : | |
| Defendant. | : | |

**PROPOSED ORDER**

Pursuant to Joint Local Rule 83.2, and for good cause shown, the Motion for Admission Pro Hac Vice of Jon B. Allison, Attorney for Plaintiff, is hereby GRANTED.

IT IS SO ORDERED.

_____

Date