UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky
Civil Action No. 2:22-cv-00026-DLB-CJS

**MARIO KIRKENDALL**                                                        **PLAINTIFF**

v.

**BOONE COUNTY BOARD OF EDUCATION**                    **DEFENDANT**

---

**AGREED ORDER**

---

Upon agreement of the parties, in accordance with FRCP 6(b)(1)(A) and Local Rule 7.1(b) and with the Court being otherwise sufficiently advised and informed, Defendant is hereby granted an extension of thirty (30) days, through June 8, 2022, to file its Answer to Plaintiff's Complaint to give the parties sufficient time to consolidate Plaintiff's state claims pending in the Boone Circuit Court with the claims currently pending in this Court.

**SO ORDERED** this _____ day of _____, 2022.

_____
HON. DAVID L. BUNNING
JUDGE, Eastern District of Kentucky

#2576177v2

Respectfully Submitted,

/s/ *Kelly Mulloy Myers*
Kelly Mulloy Myers (83452)
Jon B Allison Seeking *Pro Hac Vice*
Freking Myers & Reul LLC
600 Vine Street, Ninth Floor
Cincinnati, OH 45202
Phone: (513) 721-1975
Fax: (513_ 651-2570
*kmyers@fmr.law*
*jallison@fmr.law*

/s/ *Claire E. Parsons*
Claire E. Parsons (92934)
Aaren E. Meehan (96505)
Adams Law, PLLC
40 West Pike Street
Covington, Kentucky 41011
Phone: (859)0394-6200
Fax: (859) 392-7623
*cparsons@adamsattorneys.com*
*ameehan@adamsattorneys.com*

/s/ *Jeffrey C. Shipp*
JSB ATTORNEYS
Jeffrey C. Shipp (KBA 81414)
Scott A. Best (88844)
Theresa M. Mohan (88734)
334 Beechwood Road, Ste. 303
Ft. Mitchell, Kentucky 41017
Phone: (859) 578-5410
Fax: (859) 331-5337
*jshipp@jsbattorneys.com*
*sbest@jsbattorneys.com*
*tmohan@jsbattorneys.com*

#2576177v2