UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky
Civil Action No. 2:22-cv-00026-DLB-CJS

**MARIO KIRKENDALL**                                                                         **PLAINTIFF**

v.

**BOONE COUNTY BOARD OF EDUCATION**                               **DEFENDANT**

---

### AGREED ORDER

---

Upon agreement of the parties, in accordance with FRCP 6(b)(1)(A) and Local Rule 7.1(b) and with the Court being otherwise sufficiently advised and informed, Defendant is hereby granted an extension of thirty (30) days, through June 8, 2022, to file its Answer to Plaintiff's Complaint to give the parties sufficient time to consolidate Plaintiff's state claims pending in the Boone Circuit Court with the claims currently pending in this Court.

**SO ORDERED** this 6th day of May, 2022.

Signed By:
*Candace J. Smith*
United States Magistrate Judge

Respectfully Submitted,

| | |
|---|---|
| */s/ Kelly Mulloy Myers* | */s/ Claire E. Parsons* |
| Kelly Mulloy Myers (83452) | Claire E. Parsons (92934) |
| Jon B Allison Seeking *Pro Hac Vice* | Aaren E. Meehan (96505) |
| Freking Myers & Reul LLC | Adams Law, PLLC |
| 600 Vine Street, Ninth Floor | 40 West Pike Street |
| Cincinnati, OH 45202 | Covington, Kentucky 41011 |
| Phone: (513) 721-1975 | Phone: (859)0394-6200 |
| Fax: (513_ 651-2570 | Fax: (859) 392-7623 |
| *kmyers@fmr.law* | *cparsons@adamsattorneys.com* |
| *jallison@fmr.law* | *ameehan@adamsattorneys.com* |

*/s/ Jeffrey C. Shipp*
JSB ATTORNEYS
Jeffrey C. Shipp (KBA 81414)
Scott A. Best (88844)
Theresa M. Mohan (88734)
334 Beechwood Road, Ste. 303
Ft. Mitchell, Kentucky 41017
Phone: (859) 578-5410
Fax: (859) 331-5337
*jshipp@jsbattorneys.com*
*sbest@jsbattorneys.com*
*tmohan@jsbattorneys.com*