**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON
CASE NO. 2:22-CV-00026-DLB-CJS**

**MARIO KIRKENDALL**                                                                      **PLAINTIFF**

**VS.**

**BOONE COUNTY BOARD OF EDUCATION**                         **DEFENDANT**

**NOTICE OF SUBSTITUTION OF COUNSEL**

Mary Ann Stewart, Esq. and Aaren E. Meehan, Esq. of the law firm of Adams Law, PLLC are hereby substituted for Claire E. Parsons, Esq. as counsel for Defendant, Boone County Board of Education. Please forward all future correspondence and pleadings to Mary Ann Stewart, Esq. and Aaren E. Meehan, Esq. as follows:

Mary Ann Stewart (#82754)
Aaren E. Meehan (#96505)
Adams Law, PLLC
40 West Pike Street
Covington, Kentucky 41011
t: (859) 394-6200
f: (859) 392-7200
MStewart@adamsattorneys.com
AMeehan@adamsattorneys.com

#2580024v1

Respectfully submitted,

*/s/ Mary Ann Stewart*
Mary Ann Stewart (#82754)
Aaren E. Meehan (#96505)
Adams Law, PLLC
40 West Pike Street
Covington, Kentucky  41011
t:  (859) 394-6200
f:  (859) 392-7200
MStewart@adamsattorneys.com
AMeehan@adamsattorneys.com

**CERTIFICATE OF SERVICE**

This is to certify that on this 13th day of May, 2022, I filed a true and correct copy of the foregoing electronically via this Court's CM/ECF system, which will send a Notification of Electronic Filing to all counsel of record.

*/s/ Mary Ann Stewart*
Mary Ann Stewart (#82754)

#2580024v1