**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

**CIVIL ACTION NO. 22-26-DLB-CJS**

**MARIO KIRKENDALL**                                                                                        **PLAINTIFF**

**v.**                                                          **ORDER**

**BOONE COUNTY BOARD OF EDUCATION**                                       **DEFENDANT**

\*\*\*  \*\*\*  \*\*\*  \*\*\*

Before the Court is the Notice of Substitution of Counsel, which Notice states that Attorney Mary Ann Stewart and Attorney Aaren E. Meehan are substituting in place of Attorney Claire E. Parsons as counsel for Defendant, Boone County Board of Education. (R. 10). Joint Local Rule 83.6 specifies the procedure for substitution or withdrawal of an attorney of record. Under the Local Rule, substitution of counsel is permitted when the withdrawing and substituting counsel are within the same law firm, the notice is filed by both the withdrawing attorney and substitute attorney, and there is an affirmative representation that the substitution is made with the client's consent. *See* L.R. 83.6(c).

While Attorneys Meehan, Stewart and Parsons are within the same law firm, the Notice in this case is not filed by all three attorneys and there is no affirmative representation that the substitution is being made with the Defendant's consent. Thus, further action is required before the Court may permit substitution.

Accordingly, **IT IS ORDERED** that the Notice of Substitution of Counsel (R. 10) is hereby **taken under advisement,** pending the filing of a revised Notice that complies with all of the requirements of Joint Local Rule 83.6(c).

Dated this 31st day of May, 2022.



Signed By:
*Candace J. Smith*
United States Magistrate Judge

J:\DATA\Orders\civil cov\2022\22-26-DLB notice of sub def order.docx