**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION AT COVINGTON**
**CASE NO. 2:22-CV-00026-DLB-CJS**

**MARIO KIRKENDALL**                                                                           **PLAINTIFF**

**v.**

**BOONE COUNTY BOARD OF EDUCATION**                       **DEFENDANT**

**AMENDED NOTICE OF SUBSTITUTION OF COUNSEL**

Please take notice that Mary Ann Stewart of Adams Law, PLLC will substitute in place of Claire E. Parsons as co-counsel for Defendant, Boone County Board of Education, in this action. Aaren E. Meehan will continue to serve as co-counsel for Defendant along with Mary Ann Stewart. Defendant consents to this substitution. Please forward all future correspondence, pleadings and Orders to the undersigned.

                                                          Respectfully submitted,

                                                          */s/ Mary Ann Stewart*
                                                          Mary Ann Stewart, Esq. (#82754)
                                                          Aaren E. Meehan, Esq. (#96505)
                                                          ADAMS LAW, PLLC
                                                          40 West Pike Street
                                                          Covington, KY  41011
                                                          859.394.394.6200 | 859.392.7200
                                                          mstewart@adamsattorneys.com
                                                          ameehan@adamsattorneys.com

                                                          *Attorneys for Defendant, Boone County Board of Education*

1

**CERTIFICATE OF SERVICE**

  This is to certify that on this 1st day of June, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                */s/ Mary Ann Stewart*
                Mary Ann Stewart, Esq.