UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 22-26-DLB-CJS

MARIO KIRKENDALL                                                           PLAINTIFF

v.                                                    **ORDER**

BOONE COUNTY BOARD OF EDUCATION                                DEFENDANT

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Before the Court is an Amended Notice of Substitution of Counsel (R. 12), filed in follow up to the Court's May 31, 2022 Order (R. 11). The Amended Notice informs that Attorney Mary Ann Stewart will substitute in place of Attorney Claire E. Parsons as co-counsel for Defendant Boone County Board of Education, along with Attorney Aaren E. Meehan, who previously entered her appearance in the case (*see* R. 8). The Amended Notice further informs that "Defendant consents to this substitution." (R. 12).

The substitution of counsel procedure set forth in Joint Local Civil Rule 83.6(c) is not available in this circumstance because Parsons and Stewart are no longer affiliated with the same law firm. *See* LR 83.6(c) (allowing substitution in cases where "both attorneys are within the same partnership or other legal professional association").[1] Local Rule 83.6 otherwise provides that counsel seeking to withdraw from a case should do so pursuant to motion that complies with subsections (a) or (b) of the Rule. These subsections, however, are also not available in this

---

[1] Although the Amended Notice does not comment upon the employment status of Attorney Parsons, the Court is aware from a recent filing in at least one other case that Attorney Parsons is no longer with Adams Law, PLLC. *See Keith and Olivia Cox, as parents and legal guardians of D.C. v. Boone County School District, et al.,* Case No. 2:20-cv-56-WOB-CJS, at R. 46.

circumstance because the withdrawal is not being requested via motion filed by Attorney Parsons. However, because the Amended Notice of Substitution of Counsel states that the client consents to the change in counsel, the Amended Notice will be construed by the Court as a motion by Defendant to remove Attorney Parsons as one of its counsel of record in this case.

Accordingly, **IT IS ORDERED** as follows:

1) The Amended Notice of Substitution of Counsel (R. 12) is hereby construed to be: (a) an entry of appearance of Attorney Mary Ann Stewart as co-counsel of record for Defendant Boone County Board of Education, and (b) a motion by said Defendant to remove Attorney Claire E. Parsons as a co-counsel of record for it in this case because she is no longer representing them.

2) Said Defendant's construed motion to remove Attorney Claire E. Parsons as one of its counsel of record in this case is hereby **granted.** Following service of this Order by the Clerk of Court, designation of Attorney Parsons on the case docket as counsel of record may be termed and she may be removed from the case service list.

Signed this 6th day of June, 2022.



Signed By:
*Candace J. Smith*
United States Magistrate Judge

J:\DATA\Orders\civil cov\2022\22-26-DLB construed mtn to remove.docx