# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| **MARIO KIRKENDALL**  **Plaintiff,**  v.  **BOON COUNTY BOARD OF EDUCATION**  **Defendant.** | 2:22-cv-00026-DLB-CJS |

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.6(c), please take notice that Olivia F. Amlung substitutes as counsel of record for Defendant Boone County Board of Education in place of Aaren E. Meehan. Ms. Amlung and Ms. Meehan are attorneys within "the same partnership or other legal professional association" as required by LR 83.6(c). Mary Ann Stewart will remain co-counsel along with Ms. Amlung. Please serve all future filings and papers on Ms. Stewart and Ms. Amlung at the following address:

> Mary Ann Stewart, Esq.
> Olivia F. Amlung, Esq.
> ADAMS LAW, PLLC
> 40 West Pike Street
> Covington, KY 41011
> 859.394.6200 | 859.392.7200
> mstewart@adamsattorneys.com
> oamlung@adamsattorneys.com

The Boone County Board of Education consents to this substitution of counsel.

Respectfully submitted,

***/s/ Olivia F. Amlung***
Mary Ann Stewart, Esq. (#82754)
Olivia F. Amlung, Esq. (#97449)
ADAMS LAW, PLLC
40 West Pike Street
Covington, KY  41011
859.394.6200 | 859.392.7200
mstewart@adamsattorneys.com
oamlung@adamsattorneys.com

***/s/ Aaren E. Meehan***
Aaren E. Meehan, Esq. (#96505)
ADAMS LAW, PLLC
40 West Pike Street
Covington, KY  41011
859.394.6200 | 859.392.7200
ameehan@adamsattorneys.com

*Attorneys for Defendant, Boone County Board of Education*

**CERTIFICATE OF SERVICE**

This is to certify that on this 8th day of June, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

***/s/ Olivia F. Amlung***
Olivia F. Amlung, Esq.