**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

CIVIL ACTION NO. 22-26-DLB-CJS

MARIO KIRKENDALL                                                                                   PLAINTIFF

v.                                                       **ORDER**

BOONE COUNTY BOARD OF EDUCATION                                              DEFENDANT

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Attorney Olivia F. Amlung's Notice on behalf of the Defendant that she is substituting as counsel of record in place of Attorney Aaren E. Meehan. (R. 14). The docket sheet reflects that Defendant is also being represented in this action by Attorney Mary Ann Stewart.

Local Rule 83.6(c) specifies the procedure for substitution of an attorney of record. A notice of substitution can be filed when one attorney of record is being substituted for another attorney, both attorneys are within the same firm or organization, both the withdrawing and substituting attorneys sign the notice, and the notice contains an affirmative statement that the substitution is made with the client's consent. *See* LR 83.6(c). Review of the Notice of Substitution in this case reveals that it complies with these requirements. Accordingly,

**IT IS ORDERED** that the Notice of Substitution (R. 14) is hereby **approved**. Following the Clerk's service of this Order, Attorney Aaren E. Meehan may be termed on the docket as co-counsel for Defendant and removed from the case service list.

Signed this 9th day of June, 2022.



Signed By:
*Candace J. Smith*
United States Magistrate Judge

J:\DATA\Orders\civil cov\2022\22-26-DLB order approving NOS.docx