**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

**CIVIL ACTION NO. 22-26-DLB-CJS**

**MARIO KIRKENDALL**                                                                 **PLAINTIFF**

**v.**                              **ORDER FOR MEETING AND REPORT**

**BOONE COUNTY BOARD OF EDUCATION**                                   **DEFENDANT**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Defendant having filed an Answer (Doc. # 15) to Plaintiff's Complaint (Doc. # 1) and pursuant to Rules 16 and 26 of the Federal Rules of Civil Procedure,

**IT IS ORDERED** as follows:

(1)   Within twenty-one (21) days from the date of the entry of this Order, the parties, by counsel, shall meet, either in person or by telephone, to discuss the nature and basis of their claims and defenses, and the possibilities for a prompt settlement or resolution of the case, to make or arrange for the disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, and to develop a proposed discovery plan. *See* FED. R. CIV. P. 26(f).

(2)   Within ten (10) days after the meeting, the parties shall file a **joint status report** containing:

    (a)   the proposed discovery plan;

    (b)   the parties' estimate of the time necessary to file pretrial motions;

    (c)   the parties' belief as to whether the matter is suitable for some form of alternative dispute resolution such as mediation;

    (d)    the parties' estimate as to the probable length of trial; and

    (e)    whether the parties will consent to the jurisdiction of a Magistrate Judge (Smith) for all further proceedings, including trial, pursuant to 28 U.S.C. § 636(c). Consent forms are attached to this Order and forms signed by all parties' counsel should be filed no later than the date counsels' joint status report is due. If all parties, by counsel, so consent, the Clerk of Court shall reassign this matter to the appropriate Magistrate Judge without the necessity of further order of the Court. L.R. 73.1(c).

    (3)    Should the parties find that a joint report is not possible, the parties shall each file individual reports, which the Court shall entertain for the purposes of setting out its Scheduling Order or other appropriate Orders.

This 9th day of June, 2022.

Signed By:

*David L. Bunning*  *DB*

United States District Judge

M:\DATA\ORDERS\Cov2022\22-26 M&G.docx