**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

**CIVIL ACTION NO. 22-26-DLB-CJS**

**MARIO KIRKENDALL**                                                       **PLAINTIFF**

**v.**                                              <u>**ORDER**</u>

**BOONE COUNTY BOARD OF EDUCATION**                  **DEFENDANT**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court upon the attached Order from the Boone County Circuit Court (case number 21-CI-426) which granted the joint motion by the parties in that case to consolidate that state court civil action with this civil action. Upon review of the motion and Order, the Court has serious reservations about the state court's basis for consolidation. Namely, Federal Rule of Civil Procedure 42(a), cited as a basis for consolidation by the parties in their state court action, applies only to cases pending before the *federal* Court. As a Court of limited jurisdiction, this Court must also ensure it has jurisdiction to even hear the claims remaining in the state court action. Accordingly,

**IT IS ORDERED** as follows:

(1) This matter is scheduled for a **telephone conference** on **Friday, July 1, 2022 at 11:00 a.m.** The participants for the conference shall include not only counsel for the parties in this action but also counsel for the parties in 21-CI-426 (Jeffrey Shipp for plaintiff and Olivia Amlung for defendants). The participants must dial in to this conference at least five (5) minutes before

1

the scheduled time by following these steps: (1) Call AT&T Teleconferencing at 1-877-336-1839; and (2) Enter Access Code 8854898.

(2) The Clerk shall serve this Order on all counsel of record in this action as well as Jeffrey Shipp and Olivia Amlung.

This 30th day of June, 2022.

Signed By:
*David L. Bunning*
United States District Judge