**COMMONWEALTH OF KENTUCKY**
**BOONE CIRCUIT COURT DIVISION**
**CASE NO. 21-CI-00426**
*Electronically Filed*

ENTERED
BOONE CIRCUIT/DISTRICT COURT
JUN 2 2 2022
DAVID S. MARTIN, CLERK
BY: _____ D.C.

**MARIO KIRKENDALL**                                     **PLAINTIFF/PETITIONER**

v.

**BOONE COUNTY BOARD OF EDUCATION**
8330 US Highway 42
Florence, KY 41042

Eastern District of Kentucky
F I L E D
JUN 2 4 2022
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

and

**BOONE COUNTY SCHOOLS**
8330 U.S. Highway 42
Florence, KY 41042

and

**MATTHEW L. TURNER**
*In his Official Capacity as Superintendent*
8330 U.S. Highway 42
Florence, KY 41042

and

**COMMONWEALTH OF KENTUCKY,**
**DEPARTMENT OF EDUCTION**
Jason E. Glass, Ed.D., Commissioner
300 Sower Blvd., 5th Floor
Frankfort, KY 40601

---

**ORDER**

---

This matter having come on for consideration pursuant to the Joint Motion to Consolidate, the Court having considered the matter and having been otherwise sufficiently advise hereby

FINDS that, the Joint Motion to Consolidate, is appropriate as there are two lawsuits that arise from the same set of facts and involve common questions of law and;

#2575581v1

**ORDERS** the Joint Motion to Consolidate be **GRANTED**.

**SO ORDERED** this 20 day of JUNE, 2022.

HON. JAMES R. SCHRAND
BOONE CIRCUIT JUDGE

Mail copies to:

Olivia Amlung
Adams Law, PLLC
40 West Pike Street
Covington Kentucky 41011

Jeffrey C. Shipp
Emily Brown
334 Beechwood Rd., Ste. 303
Ft. Mitchell, Kentucky 41017

**CERTIFICATE**
I, DAVID S. MARTIN, CLERK OF THE BOONE DISTRICT/CIRCUIT COURT, THEREBY CERTIFY THAT I HAVE MAILED A COPY OF THE FOREGOING ORDER AND NOTICE TO ALL PARTIES HERETO AT THEIR LAST KNOWN ADDRESSES OR THEIR COUNSEL OF RECORD, THIS ___ DAY OF _____
DAVID S. MARTIN
BOONE DISTRICT/CIRCUIT COURT
_____ D.C.

#2575581v1

Filed        21-CI-00426        06/03/2022        David Martin, Boone Circuit Clerk

## COMMONWEALTH OF KENTUCKY
## BOONE CIRCUIT COURT DIVISION
## CASE NO. 21-CI-00426
*Electronically Filed*

**MARIO KIRKENDALL**                                           **PLAINTIFF/PETITIONER**

v.

**BOONE COUNTY BOARD OF EDUCATION**
**8330 US Highway 42**
**Florence, KY 41042**

and

**BOONE COUNTY SCHOOLS**
**8330 U.S. Highway 42**
**Florence, KY 41042**

and

**MATTHEW L. TURNER**
*In his Official Capacity as Superintendent*
**8330 U.S. Highway 42**
**Florence, KY 41042**

and

**COMMONWEALTH OF KENTUCKY,**
**DEPARTMENT OF EDUCTION**
**Jason E. Glass, Ed.D., Commissioner**
**300 Sower Blvd., 5th Floor**
**Frankfort, KY 40601**

---

### JOINT MOTION TO CONSOLIDATE

---

COMES NOW Plaintiff and Defendants, by and through counsel, and pursuant to Fed. R. Civ. P. 42(a), Ky. R. Civ. P. 42.01, and Boone Circuit Court Local Rule 11(A) respectfully move to consolidate and merge cases. The parties submit that consolidation is appropriate because there are two lawsuits that arise from the same facts and involve common questions of law.

Filed        21-CI-00426        06/03/2022        David Martin, Boone Circuit Clerk

On April 6, 2021, Plaintiff filed a complaint in this Court—Case No. 21-CI-00426. The claims in the Complaint include Failure of Tribunal pursuant to K.R.S. 161.790[1], Failure of Hearing by Superintendent, Interference with Contractual Relations/Wrongful Termination, and Violation of Kentucky Civil Rights pursuant to K.R.S. 344.010, *et. seq.* On March 2, 2022, Plaintiff filed a complaint in the United Stated District Court for the Eastern District of Kentucky, Covington—Case No. 2:22-cv-00026-DLB-CJS. The claims in this complaint include FMLA Interference/Retaliation, Race Discrimination pursuant to Title VII and K.R.S. 344.040, Retaliation pursuant to Title VII and K.R.S. 344.280, and Breach of Contract. All the aforementioned claims arise out of the same set of material facts involving Plaintiff's employment with and termination from Boone County Schools.

The parties agree that the cases should be consolidated in the United States District Court for the Eastern District of Kentucky, Covington. Pursuant to both Fed. R. Civ. P. 42(a) and Boone Circuit Court Local Rule 11(A), the Motion to Consolidate must be addressed to the Judge presiding over the action filed first.

Fed. R. Civ. P. 42(a) states in pertinent part that "[i]f actions before the court involve a common question of law or fact, the court may…consolidate the actions." Similarly, Ky. R. Civ. P. 42.01 states that "[w]hen actions involving a common question of law or fact are pending before the court, it may…order all the actions consolidated." These rules exist to provide courts the discretion to handle the cases on its docket expeditiously and efficiently, while ensuring proper adjudication for the parties. *Advey v. Celotex Corp.*, 962 F.2d 1177, 1180 (6th Cir. 1992).

---

[1] This claim was previously dismissed by this Court on the Motion of Defendant, Boone County Schools because the Court agreed that Kirkendall lacked tenure and tribunal hearing rights. Due to the presence of other pending claims, an immediate appeal of that dismissal was not appropriate. Defendant agrees to consolidation insofar as it permits all claims to proceed before one forum. It does not, however, agree that jurisdiction is proper in federal court as to the tribunal appeal since KRS 161.790(9) clearly vests jurisdiction over such claims in state court. After resolution of the other pending claims, a remand to state court may be needed to finally resolve the tribunal claims.

Fil#2575581v1        21-CI-00426        06/03/2022        David Martin, Boone Circuit Clerk

MHS : 000002 of 000003

Filed    21-CI-0042...    06/03/2022    David Martin, Boo... Circuit Clerk

For the foregoing reasons, the parties respectfully request the Court consolidate and merge this case with *Kirkendall v. Boone Cty. Bd. of Educ.*, Case No. 2:22-cv-00026-DLB-CJS in the United States District Court for the Eastern District of Kentucky, Covington.

Respectfully Submitted,

/s/
JSB ATTORNEYS
Jeffrey C. Shipp (KBA 81414)
334 Beechwood Road, Ste. 303
Ft. Mitchell, Kentucky 41017
Phone: (859) 578-5410
Fax: (859) 331-5337
*jshipp@jsbattorneys.com*

/s/
Olivia Amlung
Adams Law, PLL
40 West Pike Street
Covington, Kentucky 41011
Phone: (859)0394-620
Fax: (859) 392-7623

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via electronic mail on this the 3rd day of June, 2022, upon the following:

Olivia Amlung
Adams Law, PLLC
40 West Pike Street
Covington, KY 41011
859.394.6200
859.392.7263 – Fax
oamlung@adamsattorneys.com
*vAttorney for Defendants*

Boone County Schools
Matthew Turner, Superintendent
8330 US HWY 42
Florence KY 41042
matthew.turner@boone.kyschools.us

Commonwealth of Kentucky Dept of Education
Jason E. Glass, Commissioner
300 Sower Blvd., Fifith Floor
Frankfort KY 40601

*/s/ Jeffrey C. Shipp*
JEFFREY C. SHIPP