**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

**CIVIL ACTION NO. 22-26-DLB-CJS**

**MARIO KIRKENDALL**                                                              **PLAINTIFF**

**v.**                                                       **ORDER**

**BOONE COUNTY BOARD OF EDUCATION**                      **DEFENDANT**

*****************

On Friday, July 1, 2022, this matter was called for a Telephonic Conference. Jon Allison appeared for Plaintiff Kirkendall, Mary Ann Stewart and Olivia Amlung appeared for Defendant Boone County Board of Education, and Jeffrey Shipp appeared for the Plaintiff in the factually related state court action in Boone Circuit Court, *Mario Kirkendall v. Boone County Board of Education, et al.*, No. 20-CI-426. Court Reporter Sandy Wilder transcribed the proceedings. During the Conference, the Court discussed Judge Schrand's Order which purportedly consolidated the state court action with the current federal action. After discussion with the parties, and being otherwise sufficiently advised,

The Court **ORDERED** as follows**:**

(1) There is no legal basis for consolidation of the state court and federal court lawsuits. Federal Rule of Civil Procedure 42(a) only allows for consolidation of related federal cases within the same judicial district, not related state cases; and

(2) As a result, that Order (Doc. # 19-1) is **set aside**, and the state court record forwarded to this Court, pursuant to Judge Schrand's Order, shall be returned by the Clerk to the Boone County Circuit Court.

1

This 1st day of July, 2022.



Signed By:
*David L. Bunning*
United States District Judge

M:\DATA\ORDERS\Cov2022\22-26 Telephonic Conference Order.docx