**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION AT COVINGTON**
**CASE NO. 2:22-CV-00026-DLB-CJS**

**MARIO KIRKENDALL**                                                                                              **PLAINTIFF**

**v.**

**BOONE COUNTY BOARD OF EDUCATION**                                                         **DEFENDANT**

---

### NOTICE OF SERVICE

---

Please take notice Defendant, Boone County Board of Education, by and through counsel, have today served its First Set of Request for Admissions, Interrogatories, Production of Documents directed to Plaintiff Mario Kirkendall upon all counsel of record via electronic mail.

Respectfully submitted,

*/s/ Olivia F. Amlung*
Mary Ann Stewart, Esq. (#82754)
Olivia F. Amlung, Esq. (#97449)
ADAMS LAW, PLLC
40 West Pike Street
Covington, KY  41011
859.394.6200 | 859.392.7200
mstewart@adamsattorneys.com
oamlung@adamsattorneys.com
*Attorneys for Defendant, Boone County Board of Education*

### CERTIFICATE OF SERVICE

This is to certify that on this **5th** of October, 2022 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: Jon B. Allison, Esq.

*/s/ Olivia F. Amlung*
Olivia F. Amlung, Esq.