**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CIVIL ACTION NO. 22-26-DLB-CJS**

**MARIO KIRKENDALL**                                                        **PLAINTIFF**

**v.**                              **SCHEDULING ORDER**

**BOONE COUNTY BOARD OF EDUCATION**                 **DEFENDANT**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pursuant to Federal Rule of Civil Procedure 16, and having reviewed the parties' Joint Report of Rule 26(f) Planning Meeting (Doc. # 23), the Court hereby enters the following Scheduling Order to facilitate the disposition of this case:

**(A)**     **DEADLINES AND CASE SCHEDULE**

    (2)     <u>Motion to Join Parties/Amend Pleadings</u> – **on or before January 31, 2023**

    (3)     <u>Rule 26(a)(2) Expert Witness Disclosures and Reports</u>
            Deadline for Plaintiff – **on or before June 1, 2023**
            Deadline for Defendant – **on or before July 1, 2023**
            Deadline for Rebuttal Experts – **on or before August 1, 2023**
            *These reports should not be filed in the Court record.*

    (4)     <u>Rule 26(e) Supplements</u> – **on or before July 1, 2023**

    (5)     <u>Fact Discovery</u> – **on or before October 31, 2023**

    (6)     <u>Expert Discovery</u> – **on or before August 1, 2023**

    (7)     <u>Status Report</u> – **on or before October 31, 2023 (close of discovery)**
            *The report should indicate the progress of the case and the status of settlement negotiations, the likelihood of settlement, and the feasibility of alternative dispute resolution, including the parties' views on the method of resolution (i.e., mediation, arbitration, settlement conference with the Court, summary jury trial, etc.).*

(8) <u>Dispositive or *Daubert* Motions</u> – **on or before December 4, 2023**

(9) <u>Copies of Memoranda</u> – A courtesy copy of briefs and memoranda in support of motions must be provided **to Chambers** within 48 hours of electronic filing; said courtesy copy should be in paper form or electronic format (Using Word) e-mailed to Judge Bunning's Chambers at: bunning_chambers@kyed.uscourts.gov.

This 12th day of January, 2023.



Signed By:
*David L. Bunning*
United States District Judge

K:\DATA\ORDERS\Cov2022\22-26 Scheduling Order.docx