UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON
CASE NO. 2:22-CV-00026-DLB-CJS

**MARIO KIRKENDALL**  　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

**v.**

**BOONE COUNTY BOARD OF EDUCATION**  　　　　　　　　　　　　**DEFENDANT**

---

## JOINT STATUS REPORT

---

The parties, by and through counsel, and pursuant to the Court's January 12, 2023 Scheduling Order (R. 24), jointly report as follows:

Discovery is now concluded. Defendant has advised Plaintiff of its intent to file a dispositive motion on or before the Court's December 4, 2023 deadline. The parties have informally discussed settlement and do not believe that a resolution is possible at this time. The parties have informally agreed to revisit the issue if needed following this Court's ruling on Defendant's dispositive motion.

Respectfully submitted,

| | |
|---|---|
| */s/ Olivia F. Amlung* | */s/ Jon B. Allison* **(per authorization)** |
| Mary Ann Stewart, Esq. (#82754) | Kelly Mulloy Myers, Esq. |
| Olivia F. Amlung, Esq. (#97449) | Jon B. Allison, Esq. |
| ADAMS LAW, PLLC | FREKING MYERS & REUL, LLC |
| 40 West Pike Street | 600 Vine Street, 9th Floor |
| Covington, KY 41011 | Cincinnati, OH 45202 |
| 859.394.6200 | 513.721.1975 \| 513.651.2570 – Fax |
| 859.392.7200 – Fax | kmyers@fmr.law |
| mstewart@adamsattorneys.com | jallison@fmr.law |
| oamlung@adamsattorneys.com | |
| | *Attorneys for Plaintiff, Mario Kirkendall* |
| *Attorneys for Defendant,* | |
| *Boone County Board of Education* | |

1

## CERTIFICATE OF SERVICE

This is to certify that on this **31st** day of October, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Olivia F. Amlung*
Olivia F. Amlung, Esq.