**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON
CASE NO. 2:22-CV-00026-DLB-CJS**

**MARIO KIRKENDALL**                                                                                                               **PLAINTIFF**

**v.**

**BOONE COUNTY BOARD OF EDUCATION**                                          **DEFENDANT**

**ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Upon the Motion of the Defendant, Boone County Board of Education, and the Court being otherwise fully advised and informed, IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment be and is granted as there are no genuine issues of material fact and Defendant is entitled to judgment as a matter of law.

IT IS SO ORDERED.

Date: _____

                                                         _____
                                                         Hon. David Bunning
                                                         United States District Judge