**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON
CASE NO. 2:22-CV-00026-DLB-CJS**

Eastern District of Kentucky
**FILED**

DEC 05 2023

AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**MARIO KIRKENDALL**            **PLAINTIFF**

**v.**

**BOONE COUNTY BOARD OF EDUCATION**            **DEFENDANT**

---

### ORDER

---

Upon Motion of the Defendant, and the Court being otherwise sufficiently advised and informed, IT IS HEREBY ORDERED that Defendant's Motion for Leave to Exceed Page Limit for ITS Motion for Summary Judgment be and is GRANTED.

**SO ORDERED** this _5th_ day of _Dec._, 2023

Signed By:
*David L. Bunning*
United States District Judge

HUnited States District Judge
U.S. District Court