# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# AT COVINGTON

| | | |
|---|---|---|
| MARIO KIRKENDALL | : | Case No. 2:22-cv-00026-DLB-CJS |
| | : | |
| Plaintiff, | : | Judge David L. Bunning |
| | : | Magistrate Candace J. Smith |
| v. | : | |
| | : | |
| BOONE COUNTY BOARD OF EDUCATION | : | **PLAINTIFF'S NOTICE OF FILING DEPOSITION TRANSCRIPTS** |
| | : | |
| Defendant. | : | |

Plaintiff, Mario Kirkendall, hereby gives notice of filing the following deposition transcripts:

1. Eric McArtor, taken June 5, 2023; and

2. Matthew Turner, taken June 5, 2023.

Respectfully submitted,

*/s/ Jon B. Allison*
Kelly Mulloy Myers (KY Bar #83452)
Jon B. Allison-Admitted *Pro Hac Vice*
(OH Bar No. 0073955)
Trial Attorneys for Plaintiff
Freking Myers & Reul LLC
600 Vine Street, Ninth Floor
Cincinnati, Ohio 45202
Phone: (513) 721-1975/Fax: (513) 651-2570
*kmyers@fmr.law*
*jallison@fmr.law*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 19, 2023, a copy of the foregoing was filed electronically using the Court's CM/ECF system.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. mail, e-mail and/or facsimile to those parties who are not served via the Court's electronic filing system.  Parties may access this filing through the Court's System.

                                      */s/ Jon B. Allison*