**Ball, Eric R**

| | |
|---|---|
| **From:** | Kirkendall, Mario |
| **Sent:** | Monday, September 14, 2020 3:17 PM |
| **To:** | Ball, Eric R |
| **Subject:** | Signed Form |
| **Attachments:** | Scan_0002.pdf |

Mr. Ball,

Attached is my EMFLEA form, with a start date of 9/21. I will contact Ms. Herbert regarding my intermittent days that I will be able to come in.

Thank you so much for your time and help clarifying things.

Mario Kirkendall
Ryle High School Athletic Director
e-mail: Mario.kirkendall@boone.kyschools.us
P: 859-384-5300 x71146

**EXHIBIT 1**
**BCSD-000278**