**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION AT COVINGTON**
**CASE NO. 2:22-CV-00026-DLB-CJS**

**MARIO KIRKENDALL**                                                                                    **PLAINTIFF**

**v.**

**BOONE COUNTY BOARD OF EDUCATION**                                            **DEFENDANT**

---

## JOINT STATUS REPORT

---

The parties, by and through counsel, and pursuant to the Court's March 6, 2024 Memorandum Opinion and Order (R. 38), jointly report that they would be amenable to pursuing mediation through a court-facilitated Settlement Conference.

Respectfully submitted,

| | |
|---|---|
| */s/ Olivia F. Amlung* | */s/ Jon B. Allison* **(per authorization)** |
| Mary Ann Stewart, Esq. (#82754) | Kelly Mulloy Myers, Esq. |
| Olivia F. Amlung, Esq. (#97449) | Jon B. Allison, Esq. |
| ADAMS LAW, PLLC | FREKING MYERS & REUL, LLC |
| 40 West Pike Street | 600 Vine Street, 9th Floor |
| Covington, KY  41011 | Cincinnati, OH  45202 |
| 859.394.6200 | 513.721.1975 \| 513.651.2570 – Fax |
| 859.392.7200 – Fax | kmyers@fmr.law |
| mstewart@adamsattorneys.com | jallison@fmr.law |
| oamlung@adamsattorneys.com | |
| | *Attorneys for Plaintiff, Mario Kirkendall* |
| *Attorneys for Defendant,* | |
| *Boone County Board of Education* | |

### CERTIFICATE OF SERVICE

This is to certify that on this **4th** day of April, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Olivia F. Amlung*
Olivia F. Amlung, Esq.