**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CIVIL ACTION NO. 22-26-DLB-CJS**

**MARIO KIRKENDALL**  **PLAINTIFF**

**v.**  **ORDER**

**BOONE COUNTY BOARD OF EDUCATION**  **DEFENDANT**

\* \* \*  \* \* \*  \* \* \*  \* \* \*

This matter is before the Court on the parties' Joint Status Report. (R. 39). The parties indicate in their Joint Status Report that they are interested in court-facilitated alternative dispute resolution. To assist the Court in identifying available dates to conduct a settlement conference, counsel are directed to confer with their clients and any other required settlement conference participants to identify potentially available dates, following which counsel should then confer with each other and file another joint status report or notice proposing three dates on which they are all available for ADR. Accordingly,

**IT IS ORDERED** that the parties shall file another joint status report or notice **on or before April 23, 2024,** identifying three mutual dates that counsel, the parties, and any other required participants are available to conduct a court-facilitated settlement conference.

Signed this 9th day of April, 2024.



Signed By:
Candace J. Smith
United States Magistrate Judge

J:\DATA\Orders\civil cov\2022\22-26-DLB order for 3 dates.docx