UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON
CASE NO. 2:22-CV-00026-DLB-CJS

**MARIO KIRKENDALL**                                                             **PLAINTIFF**

v.

**BOONE COUNTY BOARD OF EDUCATION**                       **DEFENDANT**

## JOINT STATUS REPORT

The parties, by and through counsel, and pursuant to the Court's April 4, 2024 Order (R. 40), jointly report that they are available for a court-facilitated Settlement Conference on the following dates: May 15, 16, and 31. However, due to evening personal commitments and her mutli-hour commute to Covington, Defendant's Claims Representative is only available to attend virtually on May 15 and 16. If the Court is willing to accommodate the request, Plaintiff has no objection to her virtual attendance. Defendant's Counsel and the District representative plan to attend in person regardless.

Respectfully submitted,

| | |
|---|---|
| **_/s/ Olivia F. Amlung_** | **_/s/ Jon B. Allison_ (per authorization)** |
| Mary Ann Stewart, Esq. (#82754) | Kelly Mulloy Myers, Esq. |
| Olivia F. Amlung, Esq. (#97449) | Jon B. Allison, Esq. |
| ADAMS LAW, PLLC | FREKING MYERS & REUL, LLC |
| 40 West Pike Street | 600 Vine Street, 9th Floor |
| Covington, KY 41011 | Cincinnati, OH 45202 |
| 859.394.6200 | 513.721.1975 \| 513.651.2570 – Fax |
| 859.392.7200 – Fax | kmyers@fmr.law |
| mstewart@adamsattorneys.com | jallison@fmr.law |
| oamlung@adamsattorneys.com | |
| | *Attorneys for Plaintiff, Mario Kirkendall* |
| *Attorneys for Defendant,* | |
| *Boone County Board of Education* | |

**CERTIFICATE OF SERVICE**

    This is to certify that on this **23rd** day of April, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                              */s/ Olivia F. Amlung*
                                              Olivia F. Amlung, Esq.