UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 22-26-DLB-CJS

MARIO KIRKENDALL                      PLAINTIFF

v.                 **ORDER**

BOONE COUNTY BOARD OF EDUCATION           DEFENDANT

\* \* \*   \* \* \*   \* \* \*   \* \* \*

The above-captioned case has been referred to the undersigned for oversight of discovery and pretrial proceedings generally. (R. 3). The parties seek a court-facilitated settlement conference and counsel have provided available dates for said conference. (*See* R. 41).

Accordingly, **IT IS ORDERED** as follows:

1)    This case is hereby set for a court-facilitated settlement conference, to be held on **Friday, May 31, 2024, starting at 9:30 a.m. EDT,** at the U.S. Courthouse, 35 West Fifth Street, Room 375, in Covington, Kentucky. The parties and their counsel as well as an individual with full settlement authority if that is not the actual party or corporate party representative,[1] shall attend and participate in the settlement conference. Attendance at the settlement conference shall be in person, unless otherwise excused by the Court.

2)    Counsel for the parties shall provide to the undersigned's Chambers (by email to smith_chambers@kyed.uscourts.gov) by **close of business** on **Thursday, May 23, 2024,** a confidential statement identifying who will be attending the settlement conference on behalf of the

---

[1] This individual must be fully authorized to negotiate and approve a settlement in this matter. The parties' attention in this regard is directed to *Lockhart v. Patel*, 115 F.R.D. 44 (E.D. Ky. 1987).

party and specifying the party's settlement position. This position statement <u>must</u> include the party's:

- confidential evaluation of the case, including an overview of liability and damages and the strengths and weaknesses relating thereto;

- assessment of the fair and reasonable monetary value of the case <u>for settlement purposes</u>; and

- summary of any prior settlement negotiations between the parties.

This document setting forth a party's settlement position <u>shall</u> <u>not</u> be filed with the Clerk of Court or provided to any other party; it is intended solely for the undersigned's use before and during the settlement conference.

Signed this 24th day of April, 2024.

Signed By:
*Candace J. Smith*
United States Magistrate Judge

J:\DATA\Orders\civil cov\2022\22-26-DLB order settg ADR.docx