UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 22-26-DLB-CJS

MARIO KIRKENDALL                                                                                          PLAINTIFF

v.            **ALTERNATIVE DISPUTE RESOLUTION REPORT AND ORDER**

BOONE COUNTY BOARD OF EDUCATION                                              DEFENDANT

\* \* \*   \* \* \*   \* \* \*   \* \* \*

In accordance with the Court's Order referring this case to the undersigned for supervision of discovery and pretrial proceedings generally (*see* R. 3), and the parties having expressed an interest in alternative dispute resolution, a court-facilitated settlement conference was therefore held in this case on May 31, 2024. This settlement conference included Plaintiff's related state-court case, *Mario Kirkendall v. Boone County Board of Education, et al.,* Boone Circuit Court Case No. 21-CI-426. All required parties, party representatives, and counsel attended in person and participated in good faith in the conference.

A confidential settlement of all claims between Plaintiff and Defendants in both cases was achieved at this settlement conference, subject to final approval by the Board of Education at its June 13 meeting, with the essential terms of the settlement being memorialized on the record at **sealed** audio file KYED-COV_2-22-cv-26_20240531_155006. The parties have agreed to complete execution of the settlement and file a dismissal order or stipulation within 45 days.

Accordingly, **IT IS ORDERED** that not later than **July 15, 2024,** the parties shall file, as to this federal action, a proposed agreed order of dismissal for District Judge Bunning's consideration or a Civil Rule 41-compliant stipulation of dismissal.

Dated this 4th day of June, 2024.



TIC:   7.0 hrs

G:\Judge-CJS\DATA\Orders\civil cov\2022\22-26-DLB ADR report & order.docx