UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

| | | |
|---|---|---|
| MARIO KIRKENDALL | : | Case No. 2:22-cv-00026-DLB-CJS |
| | : | |
| Plaintiff, | : | Judge David L. Bunning |
| | : | Magistrate Candace J. Smith |
| v. | : | |
| | : | |
| BOONE COUNTY BOARD OF EDUCATION | : | |
| | : | |
| | : | |
| Defendant. | : | |

**AGREED ENTRY OF DISMISSAL**

Now come Plaintiff Mario Kirkendall and Defendant Boone County Board of Education (collectively, the "Parties") and hereby jointly stipulate to the dismissal of all claims in the within action. By agreement of the Parties, all claims raised herein shall be dismissed *with prejudice*. Each Party shall bear its own costs and fees.

_____    _____
Judge David L. Bunning                                              Date

*/s/ Jon B. Allison*
Kelly Mulloy Myers (KY Bar #83452)
Jon B. Allison-Admitted *Pro Hac Vice*
(OH Bar No. 0073955)
Freking Myers & Reul LLC
600 Vine Street, Ninth Floor
Cincinnati, Ohio 45202
Phone: (513) 721-1975/Fax: (513) 651-2570
*kmyers@fmr.law*
*jallison@fmr.law*

*Attorneys for Plaintiff*

*/s/ Olivia F. Amlung (w/ authorization)*
Mary Ann Stewart, Esq. (#82754)
Olivia F. Amlung, Esq. (97449)
ADAMS LAW, PLLC
40 W. Pike Street
Covington, KY 41011
859.394.6200
859.392.7200 – Fax
*mstewart@adamsattorneys.com*
*oamlung@adamsattorneys.com*

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2024, the foregoing was filed electronically via the Court's authorized electronic filing system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ Jon B. Allison*