Eastern District of Kentucky
FILED
JUL 16 2024
AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

| | | |
|---|---|---|
| MARIO KIRKENDALL | : | Case No. 2:22-cv-00026-DLB-CJS |
| Plaintiff, | : | Judge David L. Bunning |
| | : | Magistrate Candace J. Smith |
| v. | : | |
| BOONE COUNTY BOARD OF EDUCATION | : | |
| Defendant. | : | |

## AGREED ENTRY OF DISMISSAL

Now come Plaintiff Mario Kirkendall and Defendant Boone County Board of Education (collectively, the "Parties") and hereby jointly stipulate to the dismissal of all claims in the within action. By agreement of the Parties, all claims raised herein shall be dismissed *with prejudice*. Each Party shall bear its own costs and fees.

Signed By:
*David L. Bunning*
United States District Judge

_____     16 JULY 24
Judge David L. Bunning                                   Date

/s/ Jon B. Allison
Kelly Mulloy Myers (KY Bar #83452)
Jon B. Allison-Admitted *Pro Hac Vice*
(OH Bar No. 0073955)
Freking Myers & Reul LLC
600 Vine Street, Ninth Floor
Cincinnati, Ohio 45202
Phone: (513) 721-1975/Fax: (513) 651-2570
kmyers@fmr.law
jallison@fmr.law

*Attorneys for Plaintiff*

/s/ Olivia F. Amlung (w/ authorization)
Mary Ann Stewart, Esq. (#82754)
Olivia F. Amlung, Esq. (97449)
ADAMS LAW, PLLC
40 W. Pike Street
Covington, KY 41011
859.394.6200
859.392.7200 – Fax
mstewart@adamsattorneys.com
oamlung@adamsattorneys.com

*Attorneys for Defendant*